## Commonwealth *v.* Brandt, Appellant.

Submitted December 7, 1970. *Frederick S. Wolf*, and *Beaver, Wolf and Brandt*, for appellant; *George E. Christianson*, District Attorney, for Commonwealth, appellee.

Order affirmed.